UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LESLIE JOY MCNEIL,

    Plaintiff,

v.                                         Case No.  5:20-cv-38-RV-MJF

J. GRANTHAM, et al.,

    Defendants.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 26, 2020 (ECF No. 10). Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), but no objections were filed. Upon review, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2. This action is **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for Plaintiff's failure to state a claim upon which relief can be granted.

3. The clerk of the court shall close this case file.

**DONE AND ORDERED** this 27th day of July, 2020.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**